IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABDOULAYE SENE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| Defendant. | ) |

PWG 17 CV 0203

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Montgomery County District Court, Maryland, wherein it is now pending as Case No. 060100178182016, to the United States District Court for the District of Maryland. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Equifax shows this Court as follows:

1. An action was filed on December 13, 2016 in the Montgomery County District Court, Maryland, entitled *Sene v. Equifax Information Services LLC*, Case No. 060100178182016 (the "State Court Action").

2. Equifax was served with the Complaint on December 23, 2016.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the

1

United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint, ¶¶ 18-25).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Baltimore County Circuit Court, Maryland, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 23rd day of January, 2017.

*/s/ Nathan D. Adler*
Nathan Daniel Adler, Esq.
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8516
(410) 332-8517 - Fax
nda@nqgrg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy via U.S. Mail to:

Abdoulaye Sene
10010 Vanderbilt Circle
#11
Rockville, MD 20850

/s/ Nathan D. Adler
Nathan Daniel Adler