# DISTRICT COURT OF MARYLAND FOR _____

LOCATED AT (COURT ADDRESS) _____

CASE NO. **CV** _____

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☑ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☑ tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

OVER THE COURSE OF THE YEAR 2016, I HAVE SENT 5 DIFFERENT LETTERS, ALL NOTARIZED AND SENT VIA USPS CERTIFIED MAIL WITH TRACKING NUMBERS, ASKING THE DEFENDANT TO VERIFY 2 ACCOUNTS THAT THE DEFENDANT HAS LISTED ON MY CREDIT REPORT. ACCORDING TO THE FAIR CREDIT REPORTING ACT (FCRA) SECTION 609 (a)(1)(A) and SECTION 611(a)(1)(A) THE DEFENDANT IS REQUIRED TO PROVIDE ME, UPON MY REQUEST, ANY
(See Continuation Sheet)

## PARTIES

**Plaintiff**
ABDOULAYE SENE
10010 VANDERBILT CIRCLE #11
ROCKVILLE, MD 20850

VS.

**Defendant(s):**
1. EQUIFAX INFORMATION SERVICES LLC
P.O BOX 740256, ATLANTA, GA 30374
RESIDENT AGENT: THE PRENTICE HALL CORP. SYSTEMS, MA
7 St PAUL St, Suite 820, BALTIMORE, MD 21202
Serve by: ☑ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2.
3.
4.

The Plaintiff claims $ **5000** , plus interest of $ _____
Interest at the ☐ legal rate ☐ contractual rate calculated at _____
%, from _____ to _____ ( _____ days x $ _____ per day) and attorney's fees of $ _____ plus court costs.

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: ABDOULAYE SENE
Address: 10010 VANDERBILT CIR, APT 11 ROCKVILLE, MD 20850
Telephone Number: 202 573 2022
Fax: _____
E-mail: _____

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☑ No Defendant is in the military service. The facts supporting this statement are: THIS IS A COMPANY

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 12/13/2016
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date _____ Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)  Print Date (01/2016)

## NOTICE TO DEFENDANT
### Before Trial

**If you agree that you owe the Plaintiff the amount claimed,** you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing,** a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).

   - **$5,000 or less**, you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.
2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
3. **Writ of Execution:** The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
4. **Garnishment of Property:** The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.
5. **Garnishment of Wages:** The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.

## NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

**AFTER THE COURT ENTERS A JUDGMENT:**
1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 01/2016)

# CONTINUATION SHEET

ORIGINAL DOCUMENTATION, THAT WOULD PROVE THAT THE 2 ACCOUNTS ARE INDEED ACCURATE, COMPLETE AND MINE, WHICH THE DEFENDANT HAS NOT PROVIDED DESPITE MY MULTIPLE REQUESTS.

THE DEFENDANT HAS, DESPITE MY MULTIPLE REQUESTS, FAILED TO PROVIDE THE METHOD OF VERIFICATION AS REQUIRED UNDER FCRA SECTION 611(a)(7), AND HAS JUST SENT ME LETTERS STATING THAT THE INFORMATION WAS JUST "VERIFIED TO BE ACCURATE". FURTHERMORE, UNDER FCRA SECTION 611(5)(A) THE DEFENDANT IS REQUIRED TO "... PROMPTLY DELETE ALL INFORMATION WHICH CANNOT BE VERIFIED.", WHICH THE DEFENDANT HAS NOT DONE THUS FAR.

THE LAW IS VERY CLEAR AS TO THE CIVIL LIABILITY AND THE REMEDY AVAILABLE TO ME UNDER SECTION 616 AND SECTION 617 SINCE THE DEFENDANT HAS NOT COMPLIED WITH FEDERAL LAW.

I AM THEREFORE ASKING FOR $1,000 FOR EACH OF THE ACCOUNTS THAT WERE NOT PROPERLY VERIFIED AND DELETED FROM MY CONSUMER CREDIT REPORT FOR WILLFUL NONCOMPLIANCE, NEGLIGENT NON COMPLIANCE UNDER THE FCRA, DEFAMATION AND NEGLIGENT ENABLEMENT OF IDENTITY FRAUD — SUBTOTAL: $2000

# CONTINUATION SHEET

I AM ALSO ASKING FOR $3,000 IN PUNITIVE DAMAGES BECAUSE THE DEFENDANT ACTIONS HAVE CAUSED ME EXTREME STRESS ~~BECAUSE THE DEFENDANT ACTIONS HAVE CAUSED ME~~ FOR HAVING BEEN DENIED CREDIT CARDS, MORTGAGE LOANS AND HAS LED ME TO PAY THOUSANDS OF DOLLARS IN FEES BECAUSE OF THE HIGHER INTEREST RATES ON THE LOANS OBTAINED, AND HUNDREDS OF DOLLARS IN CAR INSURANCE POLICIES AS A DIRECT RESULT OF THE 2 ACCOUNTS REPORTED ON MY CONSUMER CREDIT REPORT BY THE DEFENDANT — SUBTOTAL = $3000

TOTAL = $5000

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #6-1
191 E JEFFERSON ST
ROCKVILLE MD 20850-2630

U.S. POSTAGE ››› PITNEY BOWES
ZIP 20850 $ 011.62
02 1W
0001386203 DEC 20 203



CERTIFIED MAIL

7112 2557 3090 1412 2815

"RESTRICTED DELIVERY"

PRENTICE HALL CORP. SYSTEMS, MA
7 ST PAUL ST
SUITE 820
BALTIMORE, MD 21202