

# DISTRICT COURT OF MARYLAND for Montgomery County
Located at 191 East Jefferson Street, Rockville, MD 20850

## WRIT OF SUMMONS

Defendant : **EQUIFAX INFORMATION SERVICES LLC**
Serve On : PRENTICE HALL CORP. SYSTEMS, MA
Address : 7 ST PAUL ST
SUITE 820
BALTIMORE, MD 21202

Date Filed   : Dec. 13, 2016
Issue Date   : Dec 15, 2016
Case Number : 060100178182016
Complaint No. : 001

| | |
|---|---|
| **Trial Date** | **: Mar 9, 2017** |
| **Trial Time** | **: 08:00 am** |
| **Trial Room** | **: 514** |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Jan 14, 2017**    **Markisha Gross, Administrative Clerk / TJ**

CUT HERE -------------------------------------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : EQUIFAX INFORMATION SERVICES LLC    Case # 060100178182016
Trial Date : Mar 9, 2017    Complaint # 001

Notice : If you **contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than 15 days after you receive this Summons and be present in court on the trial date. If you do not appear judgment by default or the relief sought may be granted.

**A corporation** may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.
Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

Explanation of defense : _____

_____

____ / ____ / 20 ____    _____  ( ____ ) _____  ( ____ ) _____
Date              Signature             Work Phone           Home Phone

Address/City/State/Zip code

_____    _____
Fax number           e-Mail Address

☐ Check this box if this is a new address.    Case Num. 060100178182016