...

## IN THE DISTRICT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| ABDOULAYE SENE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Civil Action No. 060100178182016 |

### NOTICE TO STATE COURT OF REMOVAL

Defendant, Equifax Information Services LLC, ("Equifax"), by Counsel, filed a Notice of Removal in the Office of the Clerk of the United States District Court for the District of Maryland on January 23, 2017. A copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the District of Maryland, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

Respectfully submitted this 23rd day of January, 2017.

/s/ Nathan D. Adler

Nathan D. Adler
Attorney No: 004906
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8516 / (410) 332-8517 - Fax
nda@nqgrg.com
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy via U.S. Mail to:

Abdoulaye Sene
10010 Vanderbilt Circle
#11
Rockville, MD 20850

/s/ Nathan D. Adler
Nathan Daniel Adler