IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABDOULAYE SENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Equifax Information Services LLC ("Equifax") submits the following Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 23rd day of January, 2017.

*/s/ Nathan D. Adler*
Nathan Daniel Adler, Esq.
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8516
(410) 332-8517 - Fax
nda@nqgrg.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy via U.S. Mail to:

Abdoulaye Sene
10010 Vanderbilt Circle
#11
Rockville, MD 20850

*/s/ Nathan D. Adler*
Nathan Daniel Adler